

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Cherelle Glimp
Cherelle.Glimp@dlapiper.com
T  212.335.4500
F  212.335.4501

June 28, 2019

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Court, Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Leshawn Dawson v. THGPP d/b/a Lookfantastic.com* **(1:19-cv-01342-KPF)**

Dear Judge Failla:

We represent the Defendant in the above-referenced matter. We write jointly with Plaintiff's counsel, and are pleased to inform the Court that the parties have reached a settlement, in principle, in connection with this matter.

In light of the parties' settlement, we respectfully request that the Court dismiss this action with leave to reopen the case in forty-five (45) days from today's date in the event a final Stipulation of Voluntary Dismissal has not been submitted by that date.

In view of the parties' settlement, we respectfully request that the Court adjourn all pending dates and deadlines, including, without limitation, the deadline for Defendant to answer, move or otherwise respond to the complaint and the parties' initial pretrial conference.

We thank the Court for its consideration of this matter, and will certainly make ourselves available should the Court have any questions regarding this request.

Respectfully submitted,

*Cherelle Glimp*

Cherelle Glimp